IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GARY NEFF,

    Plaintiff,

vs.

Case No. C2-06-856
Judge Edmund A. Sargus, Jr.
Magistrate Judge Terence P. Kemp

STANDARD FEDERAL BANK,
    et al.,

    Defendants.

## ORDER

Upon examination of the record of this case, it appears that the undersigned's spouse, in her official capacity as Judge for the Belmont County Court of Common Pleas, has been involved in the underlying matters giving rise to the claims set forth in the Complaint. Accordingly, the undersigned hereby **RECUSES** himself from this case. The Clerk shall use a random draw to assign a new judge.

**IT IS SO ORDERED.**

8-21-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE